| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Lee, Tom S. | 2. Court or Organization  United States District Court, Southern District of MS | 3. Date of Report  06/04/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior United States District Court Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2017 to 12/31/2017 |

**7. Chambers or Office Address**

501 East Court Street
Suite 4.756
Jackson, MS 39201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Tom S. Lee Family Limited Partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | State Employee Pension Fund; pension upon retirement age 65 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Advisory Board of Community Bancshares of MS, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | His Nationwide VA (H) | | | | | | | | | |
| 2. | Managed Risk Asset Allocation | | None | N | T | | | | | |
| 3. | His IRA (H) | | | | | | | | | |
| 4. | Advisors Disciplined Global Div. Strat. | | None | | | Sold | 02/17/17 | M | E | |
| 5. | Advisors Blue Chip Cov. Call | | None | | | Sold | 02/17/17 | M | D | |
| 6. | First Trust Revo Global Div. Kings | | None | | | Sold | 02/16/17 | M | B | |
| 7. | Guggenheim Zacks Income | | None | | | Sold | 02/17/17 | K | A | |
| 8. | Invesco Bal. Div. Sustain | | None | | | Sold | 02/17/17 | K | A | |
| 9. | Principal Global Div. Income | | None | | | Sold | 02/16/17 | M | A | |
| 10. | Thornburg Investment Income | | None | | | Sold | 02/16/17 | J | A | |
| 11. | Thornburg Strategic Income | | None | | | Sold | 02/16/17 | L | A | |
| 12. | Bond Fund of America | C | Dividend | M | T | Buy | 02/16/17 | M | | |
| 13. | Capital Income Builder | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 14. | Credit Suisse Floating Rate | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 15. | Growth Fund of America | A | Dividend | L | T | Buy | 02/16/17 | M | | |
| 16. | Goldman Sachs Small Cap Growth | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 17. | Inter. Bond Fund of America | B | Dividend | L | T | Buy | 02/16/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investment Co. of America | B | Dividend | M | T | Buy | 02/16/17 | L | | |
| 19. Smallcap World | A | Dividend | L | T | Buy | 02/16/17 | L | | |
| 20. Washington Mutual Investors | B | Dividend | L | T | Buy | 02/16/17 | L | | |
| 21. His. Rev. Trust (H) | | | | | | | | | |
| 22. First Trust Capital Strength Buy Write | | None | | | Sold | 01/31/17 | J | A | |
| 23. First Trust Euro Deep Value Div. | | None | | | Sold | 02/16/17 | J | A | |
| 24. First Trust Deep Value Div. | | None | | | Sold | 02/16/17 | K | A | |
| 25. First Trust Capital Strength Buy Write | | None | | | Sold | 01/31/17 | K | C | |
| 26. First Trust Smid High Dividend | | None | | | Sold | 02/16/17 | K | B | |
| 27. First Trust Covered Call | | None | | | Sold | 02/16/17 | L | C | |
| 28. Invesco REIT Income | | None | | | Sold | 02/17/17 | J | A | |
| 29. Invesco Div. Sustain | | None | | | Sold | 02/17/17 | K | B | |
| 30. Invesco Mid Cap. Core | | None | | | Sold | 02/17/17 | J | B | |
| 31. Invesco Small Cap. Core | | None | | | Sold | 02/17/17 | J | B | |
| 32. Principal Global Div. Income | | None | | | Sold | 02/16/17 | J | A | |
| 33. Thornburg Inv. Income | | None | | | Sold | 02/16/17 | J | A | |
| 34. Thornburg Str. Income | | None | | | Sold | 02/16/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond Fund of America | C | Dividend | L | T | Buy | 02/16/17 | L | | |
| 36. Capital Income Builder | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 37. Credit Suisse Floating Rate | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 38. Growth Fund of America | A | Dividend | L | T | Buy | 02/16/17 | L | | |
| 39. Goldman Sachs Small Cap. Growth | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 40. Inter. Bond Fund of America | B | Dividend | K | T | Buy | 02/16/17 | K | | |
| 41. Investment Co. of America | A | Dividend | K | T | Buy | 02/16/17 | L | | |
| 42. Small Cap. World | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 43. Washington Mutual | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 44. His FLP (H) | | | | | | | | | |
| 45. First Trust Cap. Str. Buy Write | | None | | | Sold | 02/16/17 | J | A | |
| 46. First Trust Euro Deep Value Div. | | None | | | Sold | 02/16/17 | K | A | |
| 47. First Trust Deep Value Div. | | None | | | Sold | 02/16/17 | K | A | |
| 48. First Trust Smid High Div. | | None | | | Sold | 02/16/17 | K | C | |
| 49. First Trust Covered Call | | None | | | Sold | 02/16/17 | M | D | |
| 50. First Trust Cap. Strength | | None | | | Sold | 02/16/17 | M | D | |
| 51. First Trust Bern Global Div. Kings | | None | | | Sold | 02/16/17 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Trust Muni and Div. Growers | | None | | | Sold | 02/16/17 | J | A | |
| 53. Guggenheim MLP & Energy | | None | | | Sold | 02/17/17 | J | A | |
| 54. Invesco Div. Growth Buy Write | | None | | | Sold | 02/17/17 | K | C | |
| 55. Invesco REIT | | None | | | Sold | 02/17/17 | K | B | |
| 56. Invesco Div. Sustain | | None | | | Sold | 02/17/17 | K | B | |
| 57. Invesco Mid Cap. Core | | None | | | Sold | 02/17/17 | K | B | |
| 58. Invesco Small Cap. Core | | None | | | Sold | 02/17/17 | K | B | |
| 59. Invesco Enh. Sect. Strat. | | None | | | Sold | 02/17/17 | M | E | |
| 60. Eaton Vance Short Duration Str. Income | | None | | | Sold | 02/16/17 | L | A | |
| 61. Principal Global Diversified Income | | None | | | Sold | 02/16/17 | K | A | |
| 62. PIMCO Income | | None | | | Sold | 02/16/17 | K | A | |
| 63. PIMCO High Yield Mun. Bond | | None | | | Sold | 02/16/17 | L | A | |
| 64. Thornburg Investment Income | | None | | | Sold | 02/16/17 | J | A | |
| 65. Thornburg Strategic Income | | None | | | Sold | 02/16/17 | K | A | |
| 66. Bond Fund of America | D | Dividend | M | T | Buy | 02/16/17 | M | | |
| 67. Capital Income Builder | B | Dividend | L | T | Buy | 02/16/17 | K | | |
| 68. Credit Suisse Floating Rate | C | Dividend | K | T | Buy | 02/16/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Growth Fund of America | B | Dividend | M | T | Buy | 02/16/17 | M | | |
| 70. Goldman Sachs Small Cap Growth | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 71. Inter. Bond Fund of America | C | Dividend | L | T | Buy | 02/16/17 | L | | |
| 72. Investment Co. of America | B | Dividend | M | T | Buy | 02/16/17 | M | | |
| 73. Small Cap. World | A | Dividend | L | T | Buy | 02/16/17 | L | | |
| 74. Washington Mutual | B | Dividend | M | T | Buy | 02/16/17 | M | | |
| 75. Her IRA (H) | | | | | | | | | |
| 76. Franklin Income | A | Dividend | J | T | | | | | |
| 77. Templeton Global Balanced | A | Dividend | J | T | | | | | |
| 78. Her Rev. Trust (H) | | | | | | | | | |
| 79. First Trust Euro Deep Value Div. | | None | | | Sold | 02/16/17 | K | A | |
| 80. First Trust Deep Value Div. | | None | | | Sold | 02/16/17 | K | A | |
| 81. First Trust Cap. Strength Buy Write | | None | | | Sold | 02/16/17 | K | C | |
| 82. Invesco Small Cap. Core | | None | | | Sold | 02/17/17 | K | B | |
| 83. Principal Global Diversified Income | | None | | | Sold | 02/16/17 | J | A | |
| 84. PIMCO High Yield Municipal Bond | | None | | | Sold | 02/16/17 | J | A | |
| 85. Thornburg Investment Income | | None | | | Sold | 02/16/17 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Thornburg Strategic Income | | None | | | Sold | 02/16/17 | L | A | |
| 87. Bond Fund of America | B | Dividend | K | T | Buy | 02/16/17 | K | | |
| 88. Capital Income Builder | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 89. Credit Suisse Floating Rate | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 90. Growth Fund of America | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 91. Goldman Sachs Small Cap. Growth | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 92. Inter. Bond of America | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 93. Investment Co. of America | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 94. Small Cap. World | A | Dividend | K | T | Buy | 02/16/17 | J | | |
| 95. Washington Mutual | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 96. Her VOYA VA (H) | | | | | | | | | |
| 97. Invesco Equity and Income | | None | J | T | | | | | |
| 98. Her VOYA VA II (H) | | | | | | | | | |
| 99. Invesco Equity and Income | | None | J | T | | | | | |
| 100. His VOYA VA (H) | | | | | | | | | |
| 101. Invesco Equity & Income | | None | J | T | | | | | |
| 102. Her Prudential VA (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lord Abbett Core Fixed Income | | None | L | T | | | | | |
| 104. Wellington Hedged Equity | | None | L | T | | | | | |
| 105. Advanced Strategies Portfolio | | None | L | T | | | | | |
| 106. Western Core Plus Bond | | None | K | T | | | | | |
| 107. His Prudential VA (H) | | | | | | | | | |
| 108. Lord Abbett Core Fixed | | None | M | T | | | | | |
| 109. Wellington Hedged Equity | | None | L | T | | | | | |
| 110. Advanced Strategies Portfolio | | None | L | T | | | | | |
| 111. Western Core Plus Bond | | None | K | T | | | | | |
| 112. Shares of Community Bancshares of MS, Inc. | E | Dividend | P1 | T | | | | | |
| 113. Land in Scott County, MS | | None | K | W | | | | | |
| 114. Phoenix Life (Whole Life) | | None | M | T | | | | | |
| 115. Community Bancshares of MS accounts | B | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Tom S. | 06/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tom S. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544